**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on May 5, 2025**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
**www.flsb.uscourts.gov**

**Case Number: 24–23613–RAM**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Luisa Lorenza Fabre Jerez
12712 SW 55TH ST
Miami, FL 33175–6212

SSN: xxx–xx–0173

## FINAL DECREE

The trustee, Marcia T Dunn, having filed a final report that the estate has been fully administered, is discharged and the case is closed.